THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals\

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Timothy E.,
 Katina E., Hope M. and Brenda L., Defendants,
 Of Whom Timothy
 E. and Katina E. are the Appellants.
 
 
 

In the interests
 of:  A.P., DOB: 06/08/1990; T.E., DOB: 11/16/1992 A.E., DOB: 1/13/1995; all
 minors under the age of 18.

Appeal from Aiken County
 Kellum W. Allen, Family Court Judge
Unpublished Opinion No. 2008-UP-288
Submitted June 1, 2008  Filed June 4,
 2008
AFFIRMED

 
 
 
 Jeffrey Raymond Moorehead and Timothy E., both of Aiken, for Appellant
 Timothy E.
 Charles Collins Mayers, of Augusta and Katina E., of Aiken, for
 Appellant Katina E.
 Dennis M. Gmerek, of Aiken, for Respondent.
 
 
 

PER CURIAM: Timothy
 E. and Katina E. appeal a family court order
 issued subsequent to an intervention hearing.  After a thorough review of the record
 pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987) and S.C.
 Dep't of Soc. Servs. v. Frederick Downer, Sr., S.C.Sup.Ct. Order dated
 February 2, 2005 (expanding the procedure set forth in Cauthen to
 situations where an indigent person appeals from an order imposing other
 measures short of termination of parental rights), we affirm the family court's ruling.
AFFIRMED.[1]
HEARN,
 C.J., KONDUROS, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.